WILLIAM E. MOWBRAY, Appellant, *v.* HARRIET DE FOREST, as Ancillary Executrix of WILLIAM H. DE FOREST, JR., Deceased, Respondent.

*Mowbray* v. *De Forest*, 132 App. Div. 924, affirmed.
(Argued January 24, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action for an accounting.

*Henry Parsons* for appellant.

*Herbert R. Limburg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT. HISCOCK and CHASE, JJ.